AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Friedman, Paul L. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/10/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse, Rm. 6012
333 Constitution Ave. N.W.
Washington, D.C. 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. See attached Rider A | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | See attached Rider B |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | 2011 | Retirement Income Pension Plan Administered by State Street Retiree Service - Pension Plan | $15,789.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | See attached Rider C | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | See attached Rider C | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | SEE PART VIII - ASSET ORDER SLIGHTLY CHANGED | | | | | | | | | |
| 2. | LISTED INVESTMENT FUNDS: | | | | | | | | | |
| 3. | BROKERAGE ACCOUNT | | | | | | | | | |
| 4. | -Gabelli Small Cap Fund | B | Dividend | L | T | | | | | |
| 5. | -Gabelli Asset Fund | B | Dividend | L | T | | | | | |
| 6. | -Harbor International | C | Dividend | M | T | | | | | |
| 7. | -Fidelity Spartan Tax Free Bond Fund | D | Dividend | M | T | Buy (add'l) | 03/16/11 | K | | |
| 8. | | | | | | Sold (part) | 09/20/11 | K | B | |
| 9. | -iShares Russell 1000 Value Index Fund | A | Dividend | | | Sold | 12/01/11 | L | E | |
| 10. | -iShares Cohen & Steers Realty Majors Index Fd | B | Dividend | K | T | | | | | |
| 11. | -iShares Russell 1000 Growth Index Fund | A | Dividend | L | T | | | | | |
| 12. | -iShares Russell 2000 Growth Index Fund | A | Dividend | K | T | | | | | |
| 13. | -iShares Russell 2000 Value Index Fund | A | Dividend | K | T | | | | | |
| 14. | -Vanguard Intermediate Tax Exempt Fund | A | Dividend | | | Sold | 03/16/11 | L | B | |
| 15. | -Vanguard Short Term Tax Exempt Fund | A | Dividend | K | T | Buy (add'l) | 03/16/11 | J | | |
| 16. | | | | | | Sold (part) | 07/19/11 | K | A | |
| 17. | | | | | | Buy (add'l) | 08/24/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal U =Book Value | V =Other | S =Assessment W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 09/20/11 | J | | |
| 19. | | | | | Sold (part) | 11/28/11 | K | A | |
| 20. -Brown Capital Mgmt Small Company Fd | | None | J | T | | | | | |
| 21. -Perkins Mid Cap Value Fund | A | Dividend | J | T | | | | | |
| 22. -Royce Special Equity Fund | A | Dividend | J | T | | | | | |
| 23. -Eaton Vance Parametric Fund | A | Dividend | K | T | | | | | |
| 24. -SPDR S&P Dividend Fund | A | Dividend | K | T | Buy | 12/01/11 | K | | |
| 25. IRA ACCOUNT #1 | F | Dividend | P1 | T | | | | | |
| 26. -T. Rowe Price Equity Income | | | | | | | | | |
| 27. -Longleaf Partners | | | | | | | | | |
| 28. -Longleaf Partners Small Cap Fd | | | | | | | | | |
| 29. -PIMCo Real Return | | | | | | | | | |
| 30. -Schwab Money Market Fd | | | | | | | | | |
| 31. -Morgan Stanley US RE | | | | | | | | | |
| 32. -American Funds EuroPacific Growth Fd. F | | | | | | | | | |
| 33. -T. Rowe Price Mid Cap Growth | | | | | Sold (part) | 03/21/11 | L | E | |
| 34. -Dodge & Cox Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -American Funds Growth Fund of America F | | | | | Sold | 01/03/11 | M | E | |
| 36. -PIMCo Total Return | | | | | Sold (part) | 03/16/11 | L | B | |
| 37. | | | | | Sold (part) | 06/21/11 | K | B | |
| 38. | | | | | Sold | 11/28/11 | M | C | |
| 39. -First Eagle Global | | | | | | | | | |
| 40. -Harbor International | | | | | | | | | |
| 41. -Loomis Sayles Investment Gr Bond Fd | | | | | Buy (add'l) | 01/03/11 | J | | |
| 42. | | | | | Sold (part) | 03/16/11 | M | E | |
| 43. -American Fed Bank CD 3.0% 01/09/13 | | | | | | | | | |
| 44. -Ohio Valley Bk CD 3.45% 07/15/14 | | | | | | | | | |
| 45. -Vanguard Short Term Federal Fd | | | | | Sold | 06/21/11 | M | A | |
| 46. -Columbia Value & Restructuring Fd | | | | | Sold | 10/12/11 | K | D | |
| 47. -Royce Special Equity Fd | | | | | | | | | |
| 48. -T. Rowe Price Capital Appreciation Fd | | | | | | | | | |
| 49. -Vanguard PRIMECAP Core Fd | | | | | | | | | |
| 50. -Vanguard Small Cap Growth Index Fd | | | | | | | | | |
| 51. -Lazard Emerging Markets Fd | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -PRIMECAP Odyssey Stock Fd | | | | | | | | | |
| 53. -Discover Bank CD 3.5% 05/13/14 | | | | | | | | | |
| 54. -The Delafield Fund | | | | | Buy | 01/03/11 | L | | |
| 55. -Meridian Growth Fund | | | | | Buy | 06/21/11 | L | | |
| 56. -T. Rowe Price Growth Stock Fund | | | | | Buy | 01/03/11 | M | | |
| 57. -SPDR S&P Dividend Fund | | | | | Buy | 10/12/11 | K | | |
| 58. | | | | | Buy (add'l) | 12/01/11 | L | | |
| 59. -US Treasury STRIP 0% 11/15/15 | | | | | Buy | 01/03/11 | L | | |
| 60. -US Treasury STRIP 0% 11/15/16 | | | | | Buy | 01/03/11 | L | | |
| 61. | | | | | Buy (add'l) | 03/16/11 | K | | |
| 62. -US Treasury STRIP 0% 11/15/17 | | | | | Buy | 03/16/11 | L | | |
| 63. -Dodge & Cox Income Fund | | | | | Buy | 11/28/11 | M | | |
| 64. -Loomis Sayles Bond Fund | | | | | Buy | 03/16/11 | L | | |
| 65. | | | | | Buy (add'l) | 06/21/11 | K | | |
| 66. Vanguard GNMA Fund | | | | | Buy | 06/21/11 | M | | |
| 67. IRA ACCOUNT #2 | E | Dividend | O | T | | | | | |
| 68. -Schwab Money Market Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -T. Rowe Price Mid Cap Growth Fd | | | | | Sold (part) | 07/19/11 | K | C | |
| 70.   -PIMCo Total Return | | | | | Sold (part) | 03/16/11 | K | A | |
| 71. | | | | | Sold (part) | 06/21/11 | K | B | |
| 72. | | | | | Sold | 11/28/11 | K | B | |
| 73.   -Loomis Sayles Investment Gr Bond Fd | | | | | Sold (part) | 03/16/11 | K | C | |
| 74.   -T. Rowe Price Growth Stock Fd | | | | | | | | | |
| 75.   -American Funds EuroPacific Growth Fd | | | | | Sold (part) | 07/19/11 | J | A | |
| 76.   -Columbia Value & Restructuring Fund | | | | | Sold | 10/12/11 | L | A | |
| 77.   -GE Capital Fncl CD 5% 08/27/13 | | | | | | | | | |
| 78.   -GE Money Bk CD 4.15% 12/18/12 | | | | | | | | | |
| 79.   -Ohio Valley Bk CD 3.45% 07/15/14 | | | | | | | | | |
| 80.   -Brown Capital Mgmt Small Company Fd | | | | | | | | | |
| 81.   -Perkins Mid Cap Value Fd | | | | | | | | | |
| 82.   -Royce Special Equity Fund | | | | | | | | | |
| 83.   -American Funds New World Fd | | | | | | | | | |
| 84.   -First Eagle Global | | | | | | | | | |
| 85.   -Discover Bank CD 3.5% 05/13/14 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -PIMCo Real Return Fd | | | | | | | | | |
| 87. -SPDR S&P Dividend Fund | | | | | Buy | 10/12/11 | L | | |
| 88. -Dodge & Cox Income Fund | | | | | Buy | 11/28/11 | L | | |
| 89. -Loomis Sayles Bond Fund | | | | | Buy | 06/21/11 | K | | |
| 90. -Vanguard GNMA Fund | | | | | Buy | 06/21/11 | K | | |
| 91. | | | | | Buy (add'l) | 08/24/11 | K | | |
| 92. -Vanguard Short Term Federal Fund | | | | | Buy | 03/16/11 | K | | |
| 93. | | | | | Sold | 06/21/11 | K | A | |
| 94. | | | | | Buy | 07/19/11 | K | | |
| 95. | | | | | Sold | 08/24/11 | K | A | |
| 96. MONEY MARKET ACCOUNTS: | | | | | | | | | |
| 97. T. Rowe Price Tax Exempt Fd | A | Interest | K | T | | | | | |
| 98. Schwab US Treasury Money Fd | | None | K | T | | | | | |
| 99. TAX EXEMPT FUNDS - BROKERAGE ACCOUNT | | | | | | | | | |
| 100. Will County 5.25% | B | Interest | | | Sold (part) | 08/22/11 | K | A | |
| 101. | | | | | Sold | 11/01/11 | J | A | |
| 102. Southern IL Univ 0% | | None | | | Sold | 09/20/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. New York Thrwy 5.25% | B | Interest | K | T | | | | | |
| 104. Anne Arundel Cnty 4.2% | B | Interest | K | T | | | | | |
| 105. Mass Water Pollution 3.25% | A | Interest | K | T | | | | | |
| 106. District of Columbia 3.25% | A | Interest | K | T | Buy | 09/20/11 | K | | |
| 107. New Hampshire Health 4.00% | A | Interest | K | T | Buy | 08/24/11 | K | | |
| 108. STOCK WARRANTS: | | | | | | | | | |
| 109. | | None | J | T | | | | | See Part VIII |
| 110. INVESTMENT PARTNERSHIPS: | | | | | | | | | |
| 111. | A | Interest | K | W | | | | | See Part VIII |
| 112. | A | Rent | | | Sold | 12/31/11 | J | B | See Part VIII |
| 113. | A | Rent | | | Sold | 12/31/11 | J | B | See Part VIII |
| 114. LIFE INSURANCE | | | | | | | | | |
| 115. Security Mutual Life Ins. Co. of NY Universal Life Policy | C | Dividend | M | T | | | | | See Part VIII |
| 116. Mass Mutual Life Ins Co | B | Dividend | K | T | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

EXPLANATORY COMMENTS for PART VII (by Line Item Number):

1) The order in which assets are listed for calendar year 2011 has changed slightly from the order listed in the 2010 report. Davis NY Venture, Vanguard STAR Fund and DeKalb GO 0% were deleted from the list, because they were completely sold or matured in 2010 (as indicated in the 2010 Financial Disclosure Report). IRA ACCOUNT #3 and all assets associated with it (PIMCo Real Return, First Eagle Global, Discover Bank CD and Vanguard STAR Fund) were deleted from the list as all assets in this account were transferred in kind to IRA ACCOUNT #1 on 03/26/10. IRA ACCOUNT #4 and all assets associated with it (First Eagle Global, Discover Bank CD, Vanguard STAR Fund and PIMCo Real Return) were deleted from the list as all assets in this account were transferred in kind to IRAACCOUNT #2 on 03/26/10. Other than the aforementioned changes, the order is close to that of the 2010 report as all new investment funds for 2010 are listed at the bottom of the appropriate account.

109) _____ stock warrants. Four Contingent Payment Rights issued to former limited partners of _____ in 1993.

111) Was allocated Other Deductions of 7.

112) Was allocated Ordingary Income of $423, Loss from rental real estate activities of $961, interest income of $1, and a depreciation adjustment of $142.

113) Was allocated Ordinary Income of $423, Loss from rental real estate activities of $962, interest income of $1 and a depreciation adjustment of $143.

115) Universal Life Policy taken out on 08/18/05 as a result of a Section 1035 Exchange from two existing Whole Life Policies issued by same insurance company. Person Reporting is Insured and Owner; _____ s Beneficiary. No underlying investment options. The gain on the policy for 2011 was $3,580.28 and was not currently taxable.

116) Group Flexible Premium Adjustable Life Insurance Policy issued by former employer in 1993. Person Reporting is Insured and Owner. _____

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Paul L. Friedman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

FRIEDMAN, PAUL L.                                    5/10/12

## RIDER A

Member                           Council of the American Law Institute (the
                                 governing body of the Institute).  I have been a
                                 member of the Council since 1998.

FRIEDMAN, PAUL L.                                                5/10/12

## RIDER B

Upon my appointment to the United States District Court for the District of Columbia in 1994, I withdrew from my partnership in the law firm [        ] I have and will have no agreements with respect to future employment or for a leave of absence during government service.

With respect to the continuation of payments by [        ] and continuing participation in employee welfare or benefit plans, I report the following:

1. Under the [        ] partnership agreement to which I became a party on October 1, 1979, I was entitled to be paid in equal installments on a monthly basis over six years what was due me from my capital contribution account, based on contributions I have already made. I began receiving these monthly payments in January of 1995. The payments ended in December of 2000.

2. Under the [        ] Retirement Income Pension Plan for Eligible Partners, a qualified defined benefit plan, effective January 1, 1989, I am entitled to be paid a fixed sum annually upon reaching the age of 65, on February 20, 2009. Those payments began on March 1, 2009 and are paid in monthly installments.

3. I was also a member of the [        ] Savings & Investment Plan, a profit-sharing plan with a Section 401(k) component, which became effective on January 1, 1983. It was liquidated and rolled over into IRA Account No. 1 in 2003.

4. I also am, and will continue to be, a general partner with other [        ] partners and former partners (and, in some cases, their spouses) in [        ], an investment general partnership which in turn has been a limited partner in three separate limited investment partnerships in which I invested at one time or another through [        ] [        ] Each was invested in a portfolio of venture capital companies and managed by an outside investment advisor which was the general partner of each. We are no longer invested in [        ].

FINANCIAL DISCLOSURE REPORT

FRIEDMAN, PAUL L.                                                                     5/10/12

RIDER C:  REIMBURSEMENTS AND GIFTS

1.    American Law Institute
      January 20-21 2011
             Meeting of ALI Council in Philadelphia.
             Reimbursement by the American Law Institute for
             transportation, hotel and meals.

2.    
      April 3, 2011
             My wife and I were her guests at the Annual
             Kennedy Center Gala.
      Value                                                                          $600

3.    
      June 21, 2011
             My wife and I were their guests for
             Washington Nationals game.
      Value                                                                          $250

4.    
      June 27, 2011
             My wife and I were her guests for
             dinner and performance at the
             Shakespeare Theatre.
      Value                                                                          $300

5.    
      July 7, 2011
             My wife and I were their guests for
             dinner at a restaurant in Stockholm.                                    $500

6.    National Association of Criminal Defense Lawyers
      September 21-24, 2011
             Participation as panelist on continuing legal
             education program in New York.
             Transportation, hotel and meals were reimbursed
             by the National Association of Criminal Defense Lawyers.

7. American Law Institute
   October 19-21, 2011
      Meeting of ALI Council in New York.
      Transportation, hotel and meals were reimbursed
      by the American Law Institute.

8. Multidistrict Litigation Transferee Judges Conference
   October 31-November 2, 2011
   Palm Beach, Florida
      Reimbursement by Court for transportation, hotel
      and meals.